# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

October 12, 2017

_____

## NOTICE TO RESPOND
## RE: SUGGESTION OF DEATH

_____

No.   17-2085,       Westmoreland Coal Company v. DOWCP
                     16-0532-BLA

**RESPONSE DUE: October 23, 2017**

TO: All Parties

The parties are directed to advise the court on whether or not the caption of this matter should be amended to remove Vida Baird's name, in light of her death.

T. Fischer, Deputy Clerk
804-916-2704